**837 BURNS vs. CIRCUIT JUDGE (Muskegon), No. 14125½.**

To vacate an injunction issued at the instance of a judgment creditor of relator's husband, restraining both from transferring certain shares of stock which it is alleged were transferred to relator by her husband after judgment rendered, without consideration, and in fraud of the rights of the judgment creditor.

Order to show cause denied April 17, 1894.


**838 TOBACCO RIVER MILLING & MANUFACTURING CO. vs. CIRCUIT JUDGE (Clare), No. 15518½.**

To vacate a preliminary injunction, restraining further proceediagings at law after judgment, on the alleged ground that it was granted without notice and that there is no equity in the bill.

Order to show cause denied April 7, 1896.


**839 BECKER ET AL. vs. CIRCUIT JUDGE (Saginaw), No. 15586½.**

To vacate an injunction restraining plaintiff and the constable from proceeding upon an execution issued by a justice of the peace, where defendant had been garnisheed.

Order to show cause denied May 5, 1896.


**840 CHIERA ET AL. vs. CIRCUIT JUDGE (Wayne), No. 13805, 97 M., 638.**

To compel the dissolution of an injunction restraining relators, as owners of the majority of the capital stock of a Michigan corporation, from holding a meeting for the election of a board of directors, under the claim that a former election was invalid.

Denied December 13, 1893, with costs, on the ground that the case was within the jurisdiction, power and discretion of the circuit judge, and no abuse of discretion is shown.